✓ FILED  RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC - 2 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2:11-cv-1931-GMN-VCF |
| PLAINTIFF ) | |
| ) | **ORDER SEALING** |
| VS. ) | |
| ) | |
| JAIME ROSAS MANCILLA, ) | |

　　　　Based on the pending *Ex Parte* Application of the Government, and good cause appearing therefor,

　　　　**IT IS HEREBY ORDERED** that the Complaint, together with the Government's Application and this Court's Order, in the above-captioned matter shall be sealed until further Order of the Court.

　　　　DATED this 2nd day of December, 2011.

_____
~~HON. PEGGY A. LEEN~~ Cam Ferenbach
UNITED STATES MAGISTRATE JUDGE