```
                     ✓ FILED          ___ RECEIVED
                     ___ ENTERED      ___ SERVED ON
                              COUNSEL/PARTIES OF RECORD

                          DEC - 2 2011

                       CLERK US DISTRICT COURT
                         DISTRICT OF NEVADA
                  BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| In the Matter of the Extradition of ) | ORDER |
| JAIME ROSAS MANCILLA. ) | Case No. <u>2:11-CV-1931-GMN-VCF</u> |

BEFORE ME, a United States Magistrate Judge for the District of Nevada, personally appeared Assistant United States Attorney, J. Gregory Damm, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that JAIME ROSAS MANCILLA should be apprehended and brought before this Court to the end that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184 and the Extradition Treaty between the United States and Mexico.

IT IS THEREFORE ORDERED that a warrant for the arrest of JAIME ROSAS MANCILLA be issued. The Court also ORDERS that the complaint, this order, and the arrest warrant, except for a copy to be delivered to the United States Marshals Service and the United States Attorney's Office, be placed UNDER SEAL until the arrest of the defendant or further order of this Court.

DATED: 12/2/11

_____
HON. CAM FERENBACH
United States Magistrate Judge