# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cv -01931-GMN-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| JAIME ROSAS MANCILLA, | |
| Defendant. | |

    Mr. David Arredondo and Mr. J. Gregory Damm have stipulated to reschedule the extradition hearing currently scheduled for May 11, 2012 at 9:30 a.m. to a later date.

    IT IS ORDERED that the extradition hearing scheduled for May 11, 2012 at 9:30 a.m. is hereby VACATED and a new hearing date shall be rescheduled by the Court once the Stipulation to Continue is filed.

    DATED this 10th day of May, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE