# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cv -01931-GMN-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| JAIME ROSAS MANCILLA, | |
| Defendant. | |

On May 10, 2012, counsel called and informed the Court that they have stipulated to reschedule the May 11, 2012 extradition hearing to a later date. The Court ordered counsel to file a stipulation to continue the extradition hearing in the minute orders entered on May 10, 2012 (dkt 22) and on May 24, 2012 (dkt 23). To date, the stipulation to continue the extradition hearing has not been filed.

IT IS HEREBY ORDERED that a status hearing is scheduled for 2:00 p.m., Wednesday, June 13, 2012 in Courtroom 3A.

DATED this 5th day of June, 2012.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE