# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cv -01931-GMN-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| JAIME ROSAS MANCILLA, | |
| Defendant. | |

At the status hearing on June 13, 2012, the Court ordered Defendant to file any paperwork on or before 4:00 p.m., June 29, 2012 (#26). Defendant's Memorandum of Law in Opposition to Request for Extradition (#27) was filed late on July 17, 2012. The Court held an extradition hearing on July 18, 2012.

At the extradition hearing, Mr. Arredondo was given a chance to explain why Defendant's Memorandum of Law in Opposition to Request for Extradition (#27) was filed late. A court may impose sanctions based on its inherent power and to coerce compliance with court orders, *In re Chase & Sanborn Corp.*, 872 F.2d 397, 400-01 (11th Cir, 1989).

The Court denied Mr. Arredondo's request to set a hearing in a week to release his client, based on technical deficiencies in the Mexican arrest warrant. This issue will be addressed only after the government has had an opportunity to respond.

IT IS HEREBY ORDERED that Mr. Arredondo is sanctioned $500 for not complying with the Court's prior orders #23 and #26. The check shall be made payable to: Clerk, U.S. District Court, for

credit toward the Crime Victims Fund and shall be delivered to the Clerk's Office in Nevada on or before Friday, July 27, 2012.

IT IS FURTHER ORDERED the government's reply brief to the Defendant's Memorandum of Law in Opposition to Request for Extradition (#27) shall be due not later than 4:00 p.m. on Friday, August 17, 2012.

IT IS FURTHER ORDERED the Extradition Hearing is continued to 1:00 p.m. on Monday, August 27, 2012 in LV Courtroom 3B.

DATED this 24th day of July, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE