UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| In the Matter of the Extradition of | ) | Case No. <u>2:11-CV-1931-GMN-VCF</u> |
| | ) | |
| JAIME ROSAS MANCILLA. | ) | <u>CERTIFICATION OF</u> |
| | ) | <u>EXTRADITABILITY</u> |
| | ) | |
| | ) | AND |
| | ) | |
| | ) | <u>ORDER OF COMMITMENT</u> |
| | ) | |
| | ) | |

The Court received the complaint filed on December 2, 2011, by J. Gregory Damm, Assistant United States Attorney for the District of Nevada, for and on behalf of the Government of Mexico, pursuant to that Government's request for the extradition of Jaime Rosas Mancilla. That complaint requested that the Court issue an arrest warrant for the arrest of Jaime Rosas Mancilla with a view towards extradition. On December 5, 2011, Jaime Rosas Mancilla was arrested.

On August 27, 2011, the Court conducted an extradition hearing at which the authenticated documents submitted by the Government of Mexico were received into evidence. Jaime Rosas Mancilla appeared with counsel David Arredondo, Esq. Jaime Rosas Mancilla provided exhibits in support of his Memorandum Of Law In Opposition To Request For Extradition on his own behalf. The Court has carefully reviewed the materials provided by both parties, including the Declaration of Alexis R. Blane, attorney in the Office of the Legal Adviser, Department of State, and had the opportunity to observe Jaime Rosas Mancilla's physical characteristics as compared with the evidence of identification before the Court.

The Court finds that:

1. The undersigned judicial officer is authorized under Title 18, United States Code, Section 3184, to conduct an extradition hearing.

2.     The Court has personal jurisdiction over Jaime Rosas Mancilla and subject matter jurisdiction over the case.

3.     There is currently in force an extradition treaty between the Government of the United States and the Government of Mexico. The Treaty was signed on May 4, 1978, and went into effect on January 25, 1980, 31 U.S.T. 5059, TIAS 9656. Alexis R. Blane, Attorney Adviser, Office of the Legal Adviser, Department of State, United States of America, provided a declaration attesting that the Extradition Treaty is in full force and effect between the United States and Mexico. This declaration was properly sealed by the Secretary of State, Hillary Rodham Clinton.

4.     Jaime Rosas Mancilla has been dully and legally charged with having committed the crimes of Aggravated Homicide and Motor Vehicle Theft in the Judicial District of Montes de Oca, in the State of Guerrero, Mexico, on July 28, 2008, in violation of article 103, related to article 108 (I) and (II), subsection c), and articles 163 and 164 (XI) (the last two numbered paragraphs applicable to the crime of robbery) all of them of the criminal code for the State of Guerrero, Mexico. On November 13, 2008, the Judge of First Instance for Civil and Criminal Matters of the Judicial District of Montes de Oca, Guerrero, issued an arrest warrant as part of criminal case number 51/2008 for Jamie Rosas Mancilla, a.k.a. La Chopa, due to his alleged perpetration of the crimes of Aggravated Homicide and Theft (Homicidio Calificado y Robo).

5.     These charges constitute extraditable offenses within the meaning of Article 2 of the Treaty. The acts for which extradition is sought are punishable in accordance with the laws of both contracting parties by deprivation of liberty for a period of at least one year, and are covered under Article 2 of the Treaty.

6.     The requesting state seeks the extradition of Jaime Rosas Mancilla for trial for these offenses; and,

7.     There is probable cause to believe that Jaime Rosas Mancilla committed the offenses for which extradition is sought. A summary of facts underlying the alleged offense, as taken from the formal extradition documentation submitted by Mexico, is as follows:

On July 28, 2008, in the town of Los Llanos, State of Guerrero, Rosas murdered Santiago

Alvarez Sanchez ("Alvarez") by shooting him in the stomach, chest, and face. Also on July 28, 2008, Rosas committed the crime of theft by stealing Alvarez's truck. The crimes took place at a seafood restaurant in Los Llanos.

As set forth more fully in the statement of Librada Perez Cabrera ("Perez"), the owner of the seafood restaurant where the killing took place, on July 28, 2008, Rosas, whom she knew well, arrived at the restaurant and began drinking beer by himself. A little while later, Alvarez arrived, politely greeted Rosas, and sat down to drink with him. Shortly after that, a man known to Perez as Miguel arrived and began to drink with Rosas and Alvarez. Approximately two hours later, Miguel left. Then, at around 4:00 p.m., Rosas and Alvarez left the restaurant, saying that they were going to eat at Las Parotas ranch. Both men got in Alvarez's truck, which Rosas drove after Alvarez gave him the keys.

Around 6:00 p.m., Rosas and Alvarez returned to the restaurant and began fighting in the street. While fighting, Alvarez hit Rosas in the face with a ringed hand, causing Rosas to bleed. Alvarez then ran into the restaurant and Rosas drove off in Alvarez's truck.

About a half hour later, Alvarez was talking to Perez's husband on a couch when Rosas appeared with a gun in his right hand. Rosas approached Alvarez and from a distance of approximately three meters aimed at Alvarez and shot him nine to ten times. Alvarez fell to the ground dead. After Alvarez died, Rosas left the scene in his own truck and drove towards La Union, Guerrero.

According to the statement of another eyewitness, Francisco Ibarra Nunez ("Ibarra"), who is Perez's husband, at approximately 6:00 p.m. on July 28, 2008, Ibarra was sitting on a couch in front of his wife's seafood restaurant when Rosas and Alvarez arrived and began fighting. Alvarez injured Rosas's face with some rings he was wearing on his hand, after which Rosas took Alvarez's truck and drove towards La Union, Guerrero.

About a half hour later, Rosas came back to the restaurant with a gun in his hand and approached Alvarez. When Alvarez saw that Rosas had a gun, Alvarez asked, "Are you really going to shoot me, asshole?" Rosas stated, "That's why I came back," and fired all of the bullets in

1   the gun at Alvarez.  The first shots hit Alvarez in the stomach and chest.  As Alvarez fell to the

2   floor, Rosas continued to shoot Alvarez in the face, which killed Alvarez immediately.  Rosas then

3   went to his truck and fled the scene.

4          According to the autopsy report, the cause of Alvarez's death was a direct injury to the

5   skull caused by gunshots.

6          In identification proceedings conducted on April 9, 2010, Perez, who was an eyewitness to

7   Alvarez's murder, identified Rosas from a photo as the person who shot and killed Alvarez.

8          Based on the foregoing findings, the Court concludes that Jaime Rosas Mancilla is

9   extraditable for the offenses for which extradition was requested, and certifies this finding to the

10  Secretary of State as required under Title 18, United States Code, Section 3184.

11         IT IS THEREFORE ORDERED that a certified copy of this Certification of Extraditability

12  and Order of Commitment (and a copy of any documents or testimony submitted by or on behalf

13  of Jaime Rosas Mancilla) be forwarded without delay by the Clerk to the Secretary of State (to the

14  attention of the Legal Adviser).

15         IT IS FURTHER ORDERED that Jaime Rosas Mancilla be committed to the custody of

16  the United States Marshal pending final disposition of this matter by the Secretary of State and

17  surrender to designated agents of the Government of Mexico.

18

19         SO ORDERED.

20         Dated this ___4th___ day of September, 2012.          _____

21                                                         Judge Cam Ferenbach
                                                          United States Magistrate Judge
22                                                         District of Nevada

23

24

25

26

4